NO. 28392

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

Electronically Filed
Supreme Court
28392
04-OCT-2010
12:08 PM

CATHERINE K. HAM YOUNG,
Petitioner/Plaintiff-Appellant/Cross-Appellee

vs.

LARRY LEE, EDNA LEE, GARY LEE,
PIERCE BROSNAN, and KEELY SHAYE-SMITH,
Respondents/Defendants-Appellees/Cross-Appellants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 01-1-0140)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Plaintiff-Appellant/Cross-Appellee

Catherine K. Ham Young's application for writ of certiorari,

filed on August 24, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 4, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice

Harold Bronstein,
for petitioner/plaintiff-
appellant/cross-appellee,
on the application

Dean E. Ochiai,
Brenda E. Morris,
Randall Y. Kaya,
and Adrian Y. Chang
for respondent/defendant-
appellee/cross-appellant
Gary Lee on the response

_____

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Chan, assigned by reason of vacancy.

Ann H. Aratani
for respondents/defendants-
appellees/cross-appellants
Larry Lee and Edna Lee
on the response

Max W.J. Graham, Jr.
and Teresa S. Tico
for respondents/defendants-
appellees/cross-appellants
Pierce Brosnan and Keely
Shaye-Smith on the response